# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 1018

VERSUS

WILL H. JACKSON                                     **NOVEMBER 21, 2022**

---

In Re:    Will H. Jackson, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          46,627.

---

**BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT